

# Fourth Court of Appeals
## San Antonio, Texas

May 10, 2022

No. 04-22-00125-CV

**IN THE INTEREST OF S.C. AND M.E.B**., Children,

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019PA01853
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

On May 9, 2022, Appellant Mom moved this court to supplement the record on appeal. She asked this court to allow her to supplement the reporter's record with transcripts from two hearings. *See* TEX. R. APP. P. 34.6(d) (authoring "any party [to] by letter direct the official court reporter to prepare, certify, and file in the appellate court a supplemental reporter's record containing [any] omitted items"). The records were filed the same day.

Appellant's motion is moot.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of May, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court